United States District Court
Southern District of Texas
**ENTERED**
July 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DEBORAH CHAVEZ, *et al.*, | § § § | |
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 2:22-CV-00004 |
| | § § | |
| EAGLE VAN LINES, INC., | § § | |
| Defendant. | § | |

### FINAL JUDGMENT

Pursuant to the Court's order granting the parties' agreed motion to dismiss with prejudice, (D.E. 182), the Court enters final judgment dismissing with prejudice all claims against Defendant in this cause. FED. R. CIV. P. 58. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
July 11, 2024